Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for Plaintiff
MARKETO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETO, INC., <br><br>                 Plaintiff, <br><br>    v. <br><br> JOHN DOE, <br><br>                 Defendant. | CASE NO. 18-cv-6792 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |

Having considered the Ex Parte Motion of Plaintiff Marketo, Inc. ("Marketo") for Expedited Discovery, and GOOD CAUSE appearing therefore:

THE COURT HEREBY RULES AS FOLLOWS ON THE MOTION:

1. The Motion is GRANTED.

1

Marketo, Inc. v. John Doe                                                      Case No. 18-cv-6792
(Proposed Order)

2.  Marketo may immediately serve a subpoena upon 3rd party Namecheap, Inc. seeking information sufficient to identify and locate the John Doe referenced in the Complaint.

3.  A copy of this Order must be included when serving any subpoena pursuant to this Order.

**IT IS SO ORDERED**.

DATED:  _____, 2018                 By:

_____
United States District Court Judge

2

Marketo, Inc. v. John Doe                                    Case No. 18-cv-6792
(Proposed Order)