Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for Plaintiff
MARKETO, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | CASE NO. 18-cv-6792-HSG <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |

Having considered the Ex Parte Motion of Plaintiff Marketo, Inc. ("Marketo") for

Expedited Discovery (Dkt. No. 5), and GOOD CAUSE appearing therefore:

THE COURT HEREBY GRANTS THE MOTION AS FOLLOWS:

1.  Marketo may immediately serve upon Namecheap, Inc. the subpoena attached hereto as

    Exhibit A.

1

Marketo, Inc. v. John Doe                                   Case No. 18-cv-6792
[Proposed] Order Re Expedited Discovery

2. A copy of this Order must be included when serving any subpoena pursuant to this Order.

**IT IS SO ORDERED**.

DATED: _____, 2018              By:

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

Marketo, Inc. v. John Doe                                    Case No. 18-cv-6792
[Proposed] Order Re Expedited Discovery