Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for Plaintiff
MARKETO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETO, INC., | CASE NO. 18-cv-6792-HSG |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |
| v. | |
| JOHN DOE, | |
| Defendant. | |

Having considered the Ex Parte Motion of Plaintiff Marketo, Inc. ("Marketo") for Expedited Discovery (Dkt. No. 5), and GOOD CAUSE appearing therefore:

THE COURT HEREBY GRANTS THE MOTION AS FOLLOWS:

1.  Marketo may immediately serve upon Namecheap, Inc. the subpoena attached hereto as Exhibit A.

1

Marketo, Inc. v. John Doe                                    Case No. 18-cv-6792
[Proposed] Order Re Expedited Discovery

2.  A copy of this Order and the Court's November 19, 2018 Order must be included when serving any subpoena pursuant to this Order.

**IT IS SO ORDERED**.

DATED:   November 26, 2018

By: _____

Hon. Jacqueline Scott Corley
United States Magistrate Judge

2

Marketo, Inc. v. John Doe                                        Case No. 18-cv-6792
[Proposed] Order Re Expedited Discovery